JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorney for Jocelyn Pineda*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>JOCELYN CAPRICE PINEDA,<br><br>    Defendant. | CASE NO: 2:17-cr-258-APG-GWF-1<br><br>**STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT AND PLEA ON INDICTMENT FOR DEFENDANT JOCELYN CAPRICE PINEDA** |

IT IS HEREBY STIPULATED AND AGREED, by and between RICHARD ANTHONY LOPEZ, Assistant United States Attorney, and JAMES A. ORONOZ, ESQ., counsel for JOCELYN PINEDA, that the Arraignment and Plea for Ms. Pineda, currently scheduled for October 5, 2017, be vacated and continued for eight weeks to a date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1. On August 11, 2017, this Court approved a stipulation that Ms. Pineda be released on the morning of August 14, 2017, to receive inpatient treatment at Westcare, a residential treatment facility in Las Vegas, Nevada.

2. On August 15, 2017, a grand jury indicted Ms. Pineda on two counts of Possession of Counterfeit Postal Key, three counts of Possession of Stolen Mail, two counts of Possession with Intent to Use 5 or More Identification

1

Documents, three counts of Possession of 15 or More Unauthorized Devices, and five counts of Aggravated Identity Theft. At the grand jury return, the Court granted a summons return date of August 24, 2017 at 3:00 p.m.

3. On August 22, 2017, the parties filed a Stipulation to Continue Arraignment and Plea on Indictment for Defendant Jocelyn Caprice Pineda, and the Court rescheduled the Arraignment and Plea hearing for October 5, 2017, at 3:00 p.m. [Doc. # 27].

4. Ms. Pineda is currently undergoing inpatient treatment at Westcare. On September 29, 2017, Pretrial Services advised the Government that Ms. Pineda is not expected to be released from her in-patient treatment at Westcare until November 15, 2017.

5. Counsel for Ms. Pineda and the Government jointly request that the summons return date for Ms. Pineda be continued for at least eight weeks to allow Ms. Pineda to be present in court.

6. The trial for Ms. Pineda's two co-defendants is scheduled for January 8, 2018. That trial date would not be affected by the requested continuance.

7. This is the second request for a continuance of Ms. Pineda's arraignment and plea on the Indictment.

DATED: October 2, 2017.

Respectfully submitted,

/s/ James A. Oronoz
JAMES A. ORONOZ, ESQ.
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
*Counsel for Jocelyn Pineda*

/s/ Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
501 Las Vegas Boulevard, South,
Suite 1100
Las Vegas, Nevada 89101
*Counsel for the United States of America*

IT IS HEREBY ORDERED that the Arraignment and Plea hearing scheduled for October 5, 2017, is VACATED and RESCHEDULED to 3:00 PM, December 11, 2017, in Courtroom 3D.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED this __3rd__ day of __October__, 2017.