

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOCELYN CAPRICE PINEDA,

Defendant.

Case No. 2:17-cr-00258-APG-GWF

**Preliminary Order of Forfeiture**

This Court finds that Defendant Jocelyn Caprice Pineda pled guilty to Counts Seven, Ten through Twelve, and Fifteen of a Twenty-One Count Superseding Criminal Indictment charging her in Count Seven with Possession of Stolen Mail in violation of Title 18, United States Code, Section 1708; in Counts Ten through Twelve with Possession of 15 or More Counterfeit or Unauthorized Access Devices in violation of Title 18, United States Code, Section 1029(a)(3); and in Count Fifteen with Aggravated Identity Theft in violation of Title 18, United States Code, Section 1028A(a)(1) with 1028A(c)(4). Superseding Criminal Indictment, ECF Nos. 59 and 69; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

1

This Court finds defendant Jocelyn Caprice Pineda agreed to the forfeiture of the property and the imposition of the in personam criminal forfeiture money judgment set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegations of the Superseding Criminal Indictment. Superseding Criminal Indictment, ECF Nos. 59 and 69; Bill of Particulars, ECF No.100; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegations of the Superseding Criminal Indictment and the offenses to which defendant Jocelyn Caprice Pineda pled guilty.

The following property and money judgment are (1) any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 1708, a specified unlawful activity as defined in Title 18, United States Code, Section 1956(c)(7)(D), or a conspiracy to commit such offense; (2) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Sections 1028A(a)(1) with 1028A(c)(4) and 1029(a)(3), or a conspiracy to commit such offenses; (3) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of violations of Title 18, United States Code, Sections 1028A(a)(1) with 1028A(c)(4) and 1029(a)(3), or a conspiracy to violate such offenses; and (4) any personal property used or intended to be used to commit the violations of Title 18, United States Code, Sections 1028A(a)(1) with 1028A(c)(4) and 1029(a)(3), and are

subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C) and (c)(2); and Title 21, United States Code, Section 853(p);

    i.    any and all fraudulent identification documents including, but not limited to at least:

    a)    any and all social security cards including, but not limited to at least the following cards (identified by initials of the card holder and last four digits of the social security number)

| A.B. / 8426 | A.T. / 6893 | B.B. / 1456 | B.M. / 8840 |
| --- | --- | --- | --- |
| B.P. / 1910 | E.B. / 2264 | E.C. / 8066 | H.F. / 7113 |
| ~~J.F. / 2025~~ | K.G. / 1811 | K.J. / 8531 | K.M. / 0227 |
| M.B. / 5857 | N.M. / 7783 | W.B. / 0189 | |

    b)    any and all driver's licenses or identification cards including, but not limited to at least;

        1.    Nevada driver's licenses in the names of A.A., A.B., A.G., A.L., B.B., D.W., I.B., J.C., J.M., L.F., L.P., M.B., M.L., M.Z., R.A., R.M., S.B., T.D., V.P., V.S., and W.C.;

        2.    Nevada identification cards in the names of L.S. and S.S.;

        3.    California driver's licenses in the names of B.M. and T.S.;

        4.    Ohio driver's license in the name of I.G.;

        5.    Foreign identification cards in the names of G.W., N.B., and R.D.;

6. U.S. Employment Authorization Card in the name of D.C.; and

7. U.S. passport in the name of B.D.

ii. any and all fraudulent access devices including, but not limited to at least:

a) any and all credit or debit cards including, but not limited to at least the following cards (identified by the initials of the card holder and the last four digits of the card number):

| A.A. / 2678 | A.B. / 0615 | A.B. / 3335 | A.B. / 5420 | A.B. / 9542 |
|---|---|---|---|---|
| A.C. / 3302 | A.C. / 7232 | A.C. / 7376 | A.H. / 1996 | A.H. / 3319 |
| A.H. / 8238 | A.L. / 2409 | A.L. / 7709 | A.M. / 5324 | A.N. / 2821 |
| A.S. / 6957 | A.S. / 7164 | B.B. / 1472 | B.B. / 4613 | B.B. / 5452 |
| B.B. / 8335 | B.B. / 8453 | B.J. / 7893 | B.M. / 1515 | B.P. / 0170 |
| B.P. / 1526 | B.P. / 4213 | B.S. / 3454 | B.S. / 3496 | B.S. / 9533 |
| B.T. / 1705 | C.D. / 4096 | C.P. / 4745 | C.S. / 2834 | C.S. / 3466 |
| C.T. / 5225 | C.V. / 4511 | D.A. / 8664 | D.B. / 6819 | D.C. / 0055 |
| D.G. / 1137 | D.G. / 4002 | D.K. / 0270 | D.K. / 2919 | D.L. / 2103 |
| D.M. / 0657 | D.M. / 1576 | D.M. / 8317 | D.N. / 7127 | D.S. / 2380 |
| D.T. / 6159 | D.W. / 7658 | E.E. / 6145 | E.F. / 7324 | E.H. / 8898 |
| E.M. / 4822 | E.M. / 6611 | E.P. / 4875 | E.S. / 3810 | F.C. / 2090 |
| F.C. / 4171 | F.E. / 5061 | F.J. / 0710 | G.M. / 7837 | G.Q. / 6233 |
| G.R. / 9027 | H.G. / 7765 | I.A. / 5236 | I.C. / 5113 | I.G. / 3008 |
| I.G. / 5146 | I.G. / 6190 | I.P. / 3925 | J.A. / 2350 | J.A. / 3868 |
| J.A. / 6801 | J.A. / 7371 | J.C. / 6125 | J.C. / 7366 | J.C. / 7763 |
| J.C. / 8031 | J.D. / 3230 | J.F. / 0551 | J.F. / 2501 | J.G. / 3253 |
| J.G. / 4012 | J.H. / 7869 | J.H. / 7999 | J.H. / 8821 | J.L. / 8492 |
| J.M. / 0432 | J.M. / 1720 | J.M. / 5845 | J.M. / 7407 | J.M. / 9871 |
| J.N. / 9735 | J.P. / 1614 | J.P. / 3955 | J.P. / 7556 | J.R. / 9843 |
| J.S. / 2583 | J.S. / 8737 | J.V. / 6037 | K.B. / 2902 | K.D. / 2602 |
| K.E. / 0801 | K.H. / 6054 | K.H. / 6287 | K.H. / 7541 | K.M. / 6289 |
| K.M. / 7239 | K.S. / 7840 | K.T. / 1016 | K.V. / 0826 | L.A. / 8790 |
| L.C. / 5346 | L.D. / 0319 | L.E. / 6145 | L.F. / 2210 | L.F. / 5381 |
| L.G. / 7777 | L.H. / 8487 | L.H. / 8487 | L.J. / 0225 | L.P. / 2267 |
| L.S. / 1004 | L.S. / 1084 | L.S. / 3210 | L.T. / 3008 | L.U. / 8911 |
| L.V. / 3278 | L.W. / 5637 | M.B. / 0143 | M.B. / 0297 | M.B. / 1508 |
| M.B. / 7704 | M.C. / 0566 | M.C. / 2673 | M.C. / 4071 | M.E. / 1115 |
| M.F. / 4052 | M.H. / 5750 | M.H. / 9438 | M.L. / 3801 | M.L. / 3997 |
| M.M. / 3895 | M.P. / 1840 | M.R. / 3222 | M.S. / 5721 | M.S. / 7484 |

| M.S. / 7904 | M.S. / 9067 | M.S. / 9437 | M.T. / 0032 | M.U. / 0057 |
| --- | --- | --- | --- | --- |
| N.H. / 9744 | N.M. / 8320 | N.P. / 8919 | N.V. / 6037 | N.V. / 5331 |
| N.W. / 4051 | P.C. / 3828 | P.C. / 5485 | P.C. / 8146 | P.D. / 5431 |
| P.D. / 9543 | P.H. / 6510 | P.O. / 6817 | P.S. / 7709 | P.W. / 7928 |
| R.A. / 3752 | R.B. / 7531 | R.B. / 8060 | R.D. / 4665 | R.G. / 0586 |
| R.G. / 4591 | R.H. / 7010 | R.K. / 4735 | R.L. / 1585 | R.L. / 3349 |
| R.M. / 3554 | R.R. / 4568 | R.S. / 5511 | R.T. / 1172 | R.Z. / 0104 |
| R.Z. / 0772 | S.B. / 7166 | S.B. / 9695 | S.C. / 0320 | S.C. / 2853 |
| S.C. / 7204 | S.D. / 0292 | S.H. / 4886 | S.J. / 9879 | S.K. / 5084 |
| S.K. / 8345 | S.L. / 0366 | S.L. / 0717 | S.L. / 1173 | S.L. / 2028 |
| S.L. / 3989 | S.L. / 9663 | S.N. / 1026 | S.S. / 1590 | S.V. / 4511 |
| S.W. / 4163 | S.W. / 4975 | S.Y. / 2789 | T.A. / 4074 | T.C. / 5477 |
| T.C. / 6372 | T.D. / 9171 | T.E. / 8752 | T.F. / 5289 | T.G. / 6596 |
| T.G. / 6965 | T.J. / 5283 | T.M. / 0627 | T.M. / 1855 | T.M. / 7202 |
| T.N. / 1264 | T.S. / 0569 | T.W. / 1292 | T.W. / 6846 | V.C. / 7691 |
| V.K. / 2812 | V.T. / 5815 | W.D. / 1611 | W.D. / 5431 | W.L / 3741 |
| W.S. / 3593 | W.S. / 6917 | X.L. / 7755 | Y.A. / 1939 | Y.V. / 8340 |
| Z.E. / 0646 | | | | |

b) any and all notebooks, checks, account statements, and other papers containing credit or debit card numbers including, but not limited to at least the following card numbers (identified by the initials of the account holder and the last four digits of the card number):

| A.B. / 0144 | A.B. / 2164 | A.B. / 3169 | A.D. / 5432 | A.D. / 8763 |
| --- | --- | --- | --- | --- |
| A.M. / 6002 | A.M. / 7169 | A.P. / 1604 | A.P. / 4988 | A.P. / 5177 |
| B.A. / 4003 | B.B. / 8426 | B.C. / 6479 | B.P. / 0651 | B.S. / 1837 |
| B.S. / 3620 | C.D. / 1023 | C.L. / 8995 | C.S. / 4548 | D.F. / 4839 |
| D.H. / 4773 | E.A. / 9096 | E.T. / 5307 | E.V. / 8246 | F.C. / 9317 |
| F.O. / 0033 | G.F. / 4821 | I.F. / 6458 | J.D. / 6688 | J.F. / 4291 |
| J.H. / 6724 | J.R. / 1502 | J.R. / 5667 | J.W. / 3008 | K.H. / 1960 |
| K.K. / 6152 | K.M. / 7363 | L.A. / 7722 | L.W. / 2222 | L.W. / 4120 |
| M.A. / 1790 | M.B. / 5482 | M.G. / 2541 | M.K. / 6887 | N.F. / 2040 |
| N.K. / 2278 | N.L. / 8466 | N.P. / 4400 | P.I. / 9279 | R.K. / 3555 |
| S.B. / 7442 | S.H. / 3001 | S.M. / 7508 | S.O. / 2578 | S.O. / 7205 |
| S.O. / 8360 | S.P. / 9083 | S.S. / 7165 | S.T. / 1964 | S.W. / 1871 |
| T.A. / 2110 | T.A. / 1572 | T.G. / 5089 | T.S. / 5031 | V.C. / 8789 |
| Z.W. / 8958 | | | | |

c) any and all notebooks, checks, account statements, and other papers containing bank account numbers including, but not limited to at least the following account numbers (identified by the bank and last four digits of the account numbers):

1. 1st Bank account ending in 3278;

2. America First Credit Union account ending in 3199;

3. BancFirst account ending in 2448;

4. Bancorp account ending in 0231;

5. Bank of America accounts ending in 0077, 0243, 0455, 0931, 1031, 1054, 1072, 1189 1624, 2194, 2194, 2234, 2273, 2478, 2662, 2723, 2797, 2874, 2952, 3084, 3308, 5296, 5466, 6283, 6599, 6611, 6625, 6637, 7687, 8386, 8399, 8481, 8494, 8663, 9565, 9817, 9980;

6. Bank of Nevada accounts ending in 0674 and 1802;

7. Boulder Dam Credit Union account ending in 4007;

8. Central Bank account ending in 8477;

9. Chase Bank accounts ending in 0055, 0238, 0621, 0692, 0809, 0863, 2239, 2645, 3013, 3020, 3392, 3442, 6339, 7251, 7277, 7609, 8555, and 8855;

10. Citibank accounts ending in 6919, 7816, and 4955;

11. Clark County Credit Union accounts ending in 1592, 2175, 2527, and 8256;

12. Comerica Bank accounts ending in 8912 and 5212;

13. Community Bank account ending in 6556;

14. Discover Bank account ending in 8846;

15. Eastern Bank account ending in 6451;

16. Fifth Third Bank account ending in 6420;

17. Financial Horizons Credit Union account ending in 5009;

18. First Niagara Bank account ending in 6257;

19. In Touch Credit Union accounts ending in 0036 and 8172;

20. Meadows Bank account ending in 8817;

21. Navy Federal Credit Union accounts ending in 2068, 2509, 2756, 4922, 8980, 9004, 9004, 9096, 9462, and 9920;

22. Nevada State Bank accounts ending in 5315 and 8325;

23. New York Mellon Bank account ending in 2883;

24. North Shore Bank account ending in 0707;

25. Northern Trust Bank account ending in 0003;

26. One Nevada Credit Union accounts ending in 2997, 3692, and 4966;

27. PNC Bank account ending in 2265;

28. River Cities Bank account ending in 6321;

29. Schools First Credit Union account ending in 5717;

30. St. Charles Bank account ending in 8768;

31. Trust One Financial account ending in 0216;

32. UMB Bank account ending in 1478;

33. Union Bank account ending in 1483;

34. US Bank accounts ending in 0067, 1433, 1517, 2273, 3953, 4269, 5247, 5313, 6138, 6903, 8023, 8308, and 9821;

35. USAA Federal Savings Bank accounts ending in 0592, 5735, and 6668;

36. Washington Mutual Bank account ending in 3479;

37. Wells Fargo Bank account ending in 0421, 0556, 0583, 0891, 0904, 1079, 1199, 1324, 1511, 2230, 2555, 2661, 2951, 3175, 3183, 3253, 3824, 3901, 4077, 4142, 4404, 4760, 5080, 5130, 5231, 5411, 5477, 5511, 5554, 5727, 6006, 6407, 7031, 7123, 7143, 7250, 7347, 7367, 7401, 8115, 8256, 8510, 8945, 9143, 9420, 9829, and 9898;

38. Wintrust Bank accounts ending in 0361, 0395, 2246, 3742, 5118, 5133, 6734, 6803, 6899, and 9244; and

iii. any and all stolen mail including, but not limited to at least 2,300 pieces of mail

(all of which constitutes property)

and an in personam criminal forfeiture money judgment of $6,500, and that the property will not be applied toward the payment of the money judgment.

The in personam criminal forfeiture money judgment complies with Honeycutt v. United States, ___U.S.___, 137 S. Ct. 1626 (2017).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States recover from Jocelyn Caprice Pineda an in personam criminal forfeiture money judgment of $6,500.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Jocelyn Caprice Pineda in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of

perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

///

///

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 16th day of May, 2018.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE