JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorney for Jocelyn Pineda*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>JOCELYN PINEDA<br>    Defendant. | CASE NO: 2:17-cr-258-APG-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by JOCELYN PINEDA, by and through her attorney, JAMES A. ORONOZ, ESQ., and the United States of America, by and through RICHARD ANTHONY LOPEZ, ESQ., Assistant United States Attorney, that the sentencing hearing currently scheduled for August 23, 2018, at 10:00 a.m., be vacated and continued at least forty-five (45) days past the current sentencing date to a date and time that is convenient to this Honorable Court.

The request for a continuance is based upon the following:

1. Counsel for Defendant Pineda recently suffered an injury to his arm that required surgery. Counsel is still in the process of recovering from the surgery and requires additional time to complete tasks necessary to prepare for Ms. Pineda's sentencing.

1

2. Defendant JOCELYN PINEDA is in custody, and she has no objection to the continuance.

3. Defense Counsel for JOCELYN PINEDA, has spoken to AUSA Richard Anthony Lopez, and he agrees to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed. R. Crim. P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed by this rule."

6. This is the first stipulation to continue the sentencing hearing filed herein.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: August 16, 2018

Respectfully submitted,

| | |
|---|---|
| */s/ James A. Oronoz* | */s/ Richard Anthony Lopez* |
| James A. Oronoz, Esq. | Richard Anthony Lopez, Esq. |
| Oronoz & Ericsson, LLC | Assistant United States Attorney |
| 1050 Indigo Drive, Suite 120 | 501 Las Vegas Boulevard, South, Suite 1100 |
| Las Vegas, Nevada, 89145 | Las Vegas, Nevada, 89101 |
| Attorney for Jocelyn Pineda | Attorney for the United States of America |

```
JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
```

*Attorney for Jocelyn Pineda*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:17-cr-258-APG-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| JOCELYN PINEDA, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel for Defendant Pineda recently suffered an injury to his arm that required surgery. Counsel is still in the process of recovering from the surgery and requires additional time to complete tasks necessary to prepare for Ms. Pineda's sentencing.

2. Defendant JOCELYN PINEDA is in custody, and she has no objection to the continuance.

3. Defense Counsel for JOCELYN PINEDA, has spoken to AUSA Richard Anthony Lopez, and he agrees to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed. R. Crim. P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed by this rule."

6. This is the first stipulation to continue the sentencing hearing filed herein.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**CONCLUSION OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public in proceeding with the sentencing hearing as scheduled, since the failure to grant said continuance would be likely to result in a miscarriage of justice at the sentencing hearing, taking into account the exercise of due diligence.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## ORDER

IT IS THEREFORE ORDERED that the sentencing currently scheduled for August 23, 2018, at the hour of 10:00 a.m. be vacated and continued to the  9th  day of  October , 20 18 , at the hour of  10:00 a.m.  in Courtroom 6C.

DATED AND DONE this  20th  day of  August , 2018.

_____
UNITED STATES DISTRICT JUDGE