JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorney for Jocelyn Pineda*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOCELYN PINEDA<br><br>    Defendant. | CASE NO: 2:17-cr-258-APG-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED by JOCELYN PINEDA, by and through her attorney, JAMES A. ORONOZ, ESQ., and the United States of America, by and through RICHARD ANTHONY LOPEZ, ESQ., Assistant United States Attorney, that the sentencing hearing currently scheduled for October 9, 2018, at 10:00 a.m., be vacated and continued at least thirty (30) days past the current sentencing date to a date and time that is convenient to this Honorable Court.

The request for a continuance is based upon the following:

1. Counsel for Defendant Pineda is still in the process of completing mitigation work required for the sentencing hearing. Specifically, Counsel requires additional time to finish conducting additional meetings and gathering necessary documentation for the sentencing hearing.

1

2. Defendant JOCELYN PINEDA is in custody, and she has no objection to the continuance.

3. Defense Counsel for JOCELYN PINEDA, has spoken to AUSA Richard Anthony Lopez, and he agrees to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed by this rule."

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: October 5, 2018

Respectfully submitted,

/s/ James A. Oronoz  
James A. Oronoz, Esq.  
Oronoz & Ericsson, LLC  
1050 Indigo Drive, Suite 120  
Las Vegas, Nevada, 89145  
Attorney for Jocelyn Pineda

/s/ Richard Anthony Lopez  
Richard Anthony Lopez, Esq.  
Assistant United States Attorney  
501 Las Vegas Boulevard, South, Suite 1100  
Las Vegas, Nevada, 89101  
Attorney for the United States of America

JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorney for Jocelyn Pineda*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:17-cr-258-APG-GWF |
| Plaintiff, | |
| vs. | **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |
| JOCELYN PINEDA, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel for Defendant Pineda is still in the process of completing mitigation work required for the sentencing hearing. Specifically, Counsel requires additional time to finish conducting additional meetings and gathering necessary documentation for the sentencing hearing.

2. Defendant JOCELYN PINEDA is in custody, and she has no objection to the continuance.

3. Defense Counsel for JOCELYN PINEDA, has spoken to AUSA Richard Anthony Lopez, and he agrees to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed by this rule."

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

## **CONCLUSION OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public in proceeding with the sentencing hearing as scheduled, since the failure to grant said continuance would be likely to result in a miscarriage of justice at the sentencing hearing, taking into account the exercise of due diligence.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## **ORDER**

IT IS THEREFORE ORDERED that the sentencing currently scheduled for October 9, 2018, at the hour of 10:00 a.m. be vacated and continued to the  12th  day of  December , 20 18 , at the hour of  9:30 a.m. in Courtroom 6C.

DATED AND DONE this  9th  day of  October , 2018.

_____
UNITED STATES DISTRICT JUDGE