JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorney for Jocelyn Pineda*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>JOCELYN PINEDA<br>    Defendant. | CASE NO: 2:17-cr-258-APG-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED by JOCELYN PINEDA, by and through her attorney, JAMES A. ORONOZ, ESQ., and the United States of America, by and through RICHARD ANTHONY LOPEZ, ESQ., Assistant United States Attorney, that the sentencing hearing currently scheduled for December 12, 2018, at 9:30 a.m., be vacated and continued at least thirty (30) days past the current sentencing date to a date and time that is convenient to this Honorable Court.

The request for a continuance is based upon the following:

1. Counsel for Defendant Pineda was injured at the end of July, 2018. As a result of the injury, Counsel has undergone two surgeries, and now requires one final surgery. Counsel's orthopedic surgeon has scheduled the surgery for December 12, 2018. Consequently, Counsel will require time to recover from the surgery

1

and complete additional tasks necessary to prepare for Ms. Pineda's sentencing hearing.

2. Defendant JOCELYN PINEDA is in custody, and she has no objection to the continuance.

3. Defense Counsel for JOCELYN PINEDA, has spoken to AUSA Richard Anthony Lopez, and he agrees to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed by this rule."

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: December 7, 2018

Respectfully submitted,

/s/ James A. Oronoz
James A. Oronoz, Esq.
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada, 89145
Attorney for Jocelyn Pineda

/s/ Richard Anthony Lopez
Richard Anthony Lopez, Esq.
Assistant United States Attorney
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada, 89101
Attorney for the United States of America

**IT IS ORDERED** that the sentencing hearing currently scheduled for December 12, 2018, at 9:30 a.m., be vacated and continued at January 25, 2019 at 10:00 a.m. in Courtroom 6C.

_____
UNITED STATES DISTRICT JUDGE

DATED this 10th day of December, 2018.