
```
_____FILED          _____RECEIVED
_____ENTERED        _____SERVED ON
         COUNSEL/PARTIES OF RECORD

         JAN 25 2019

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-258-APG-GWF |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| JOCELYN CAPRICE PINEDA, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1029(c)(1)(C) and (c)(2); and 21 U.S.C. § 853(p) based upon the plea of guilty by Jocelyn Caprice Pineda to the criminal offenses, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegations of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Jocelyn Caprice Pineda pled guilty. Superseding Criminal Indictment, ECF Nos. 59 and 69; Bill of Particulars, ECF No. 100; Plea Agreement, ECF No. 112; Preliminary Order of Forfeiture, ECF No. 113; Change of Plea, ECF No. 114.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $6,500 complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 25, 2018, through June 23, 2018, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 116.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America:

i.    any and all fraudulent identification documents including, but not limited to at least:

    a)    any and all social security cards including, but not limited to at least the following cards (identified by initials of the card holder and last four digits of the social security number)

| | | | |
|---|---|---|---|
| A.B. / 8426 | A.T. / 6893 | B.B. / 1456 | B.M. / 8840 |
| B.P. / 1910 | E.B. / 2264 | E.C. / 8066 | H.F. / 7113 |
| | K.G. / 1811 | K.J. / 8531 | K.M. / 0227 |
| M.B. / 5857 | N.M. / 7783 | W.B. / 0189 | |

    b)    any and all driver's licenses or identification cards including, but not limited to at least;

        1.    Nevada driver's licenses in the names of A.A., A.B., A.G., A.L., B.B., D.W., I.B., J.C., J.M., L.F., L.P., M.B., M.L., M.Z., R.A., R.M., S.B., T.D., V.P., V.S., and W.C.;

        2.    Nevada identification cards in the names of L.S. and S.S.;

        3.    California driver's licenses in the names of B.M. and T.S.;

        4.    Ohio driver's license in the name of I.G.;

5.     Foreign identification cards in the names of G.W., N.B., and R.D.;

6.     U.S. Employment Authorization Card in the name of D.C.; and

7.     U.S. passport in the name of B.D.

ii.    any and all fraudulent access devices including, but not limited to at least:

a)     any and all credit or debit cards including, but not limited to at least the following cards (identified by the initials of the card holder and the last four digits of the card number):

| | | | | |
|---|---|---|---|---|
| A.A. / 2678 | A.B. / 0615 | A.B. / 3335 | A.B. / 5420 | A.B. / 9542 |
| A.C. / 3302 | A.C. / 7232 | A.C. / 7376 | A.H. / 1996 | A.H. / 3319 |
| A.H. / 8238 | A.L. / 2409 | A.L. / 7709 | A.M. / 5324 | A.N. / 2821 |
| A.S. / 6957 | A.S. / 7164 | B.B. / 1472 | B.B. / 4613 | B.B. / 5452 |
| B.B. / 8335 | B.B. / 8453 | B.J. / 7893 | B.M. / 1515 | B.P. / 0170 |
| B.P. / 1526 | B.P. / 4213 | B.S. / 3454 | B.S. / 3496 | B.S. / 9533 |
| B.T. / 1705 | C.D. / 4096 | C.P. / 4745 | C.S. / 2834 | C.S. / 3466 |
| C.T. / 5225 | C.V. / 4511 | D.A. / 8664 | D.B. / 6819 | D.C. / 0055 |
| D.G. / 1137 | D.G. / 4002 | D.K. / 0270 | D.K. / 2919 | D.L. / 2103 |
| D.M. / 0657 | D.M. / 1576 | D.M. / 8317 | D.N. / 7127 | D.S. / 2380 |
| D.T. / 6159 | D.W. / 7658 | E.E. / 6145 | E.F. / 7324 | E.H. / 8898 |
| E.M. / 4822 | E.M. / 6611 | E.P. / 4875 | E.S. / 3810 | F.C. / 2090 |
| F.C. / 4171 | F.E. / 5061 | F.J. / 0710 | G.M. / 7837 | G.Q. / 6233 |
| G.R. / 9027 | H.G. / 7765 | I.A. / 5236 | I.C. / 5113 | I.G. / 3008 |
| I.G. / 5146 | I.G. / 6190 | I.P. / 3925 | J.A. / 2350 | J.A. / 3868 |
| J.A. / 6801 | J.A. / 7371 | J.C. / 6125 | J.C. / 7366 | J.C. / 7763 |
| J.C. / 8031 | J.D. / 3230 | J.F. / 0551 | J.F. / 2501 | J.G. / 3253 |
| J.G. / 4012 | J.H. / 7869 | J.H. / 7999 | J.H. / 8821 | J.L. / 8492 |
| J.M. / 0432 | J.M. / 1720 | J.M. / 5845 | J.M. / 7407 | J.M. / 9871 |
| J.N. / 9735 | J.P. / 1614 | J.P. / 3955 | J.P. / 7556 | J.R. / 9843 |
| J.S. / 2583 | J.S. / 8737 | J.V. / 6037 | K.B. / 2902 | K.D. / 2602 |
| K.E. / 0801 | K.H. / 6054 | K.H. / 6287 | K.H. / 7541 | K.M. / 6289 |
| K.M. / 7239 | K.S. / 7840 | K.T. / 1016 | K.V. / 0826 | L.A. / 8790 |
| L.C. / 5346 | L.D. / 0319 | L.E. / 6145 | L.F. / 2210 | L.F. / 5381 |
| L.G. / 7777 | L.H. / 8487 | L.H. / 8487 | L.J. / 0225 | L.P. / 2267 |
| L.S. / 1004 | L.S. / 1084 | L.S. / 3210 | L.T. / 3008 | L.U. / 8911 |
| L.V. / 3278 | L.W. / 5637 | M.B. / 0143 | M.B. / 0297 | M.B. / 1508 |
| M.B. / 7704 | M.C. / 0566 | M.C. / 2673 | M.C. / 4071 | M.E. / 1115 |
| M.F. / 4052 | M.H. / 5750 | M.H. / 9438 | M.L. / 3801 | M.L. / 3997 |
| M.M. / 3895 | M.P. / 1840 | M.R. / 3222 | M.S. / 5721 | M.S. / 7484 |
| M.S. / 7904 | M.S. / 9067 | M.S. / 9437 | M.T. / 0032 | M.U. / 0057 |
| N.H. / 9744 | N.M. / 8320 | N.P. / 8919 | N.V. / 6037 | N.V. / 5331 |
| N.W. / 4051 | P.C. / 3828 | P.C. / 5485 | P.C. / 8146 | P.D. / 5431 |
| P.D. / 9543 | P.H. / 6510 | P.O. / 6817 | P.S. / 7709 | P.W. / 7928 |
| R.A. / 3752 | R.B. / 7531 | R.B. / 8060 | R.D. / 4665 | R.G. / 0586 |
| R.G. / 4591 | R.H. / 7010 | R.K. / 4735 | R.L. / 1585 | R.L. / 3349 |
| R.M. / 3554 | R.R. / 4568 | R.S. / 5511 | R.T. / 1172 | R.Z. / 0104 |
| R.Z. / 0772 | S.B. / 7166 | S.B. / 9695 | S.C. / 0320 | S.C. / 2853 |
| S.C. / 7204 | S.D. / 0292 | S.H. / 4886 | S.J. / 9879 | S.K. / 5084 |

| | | | | |
|---|---|---|---|---|
| S.K. / 8345 | S.L. / 0366 | S.L. / 0717 | S.L. / 1173 | S.L. / 2028 |
| S.L. / 3989 | S.L. / 9663 | S.N. / 1026 | S.S. / 1590 | S.V. / 4511 |
| S.W. / 4163 | S.W. / 4975 | S.Y. / 2789 | T.A. / 4074 | T.C. / 5477 |
| T.C. / 6372 | T.D. / 9171 | T.E. / 8752 | T.F. / 5289 | T.G. / 6596 |
| T.G. / 6965 | T.J. / 5283 | T.M. / 0627 | T.M. / 1855 | T.M. / 7202 |
| T.N. / 1264 | T.S. / 0569 | T.W. / 1292 | T.W. / 6846 | V.C. / 7691 |
| V.K. / 2812 | V.T. / 5815 | W.D. / 1611 | W.D. / 5431 | W.L / 3741 |
| W.S. / 3593 | W.S. / 6917 | X.L. / 7755 | Y.A. / 1939 | Y.V. / 8340 |
| Z.E. / 0646 | | | | |

b)　　any and all notebooks, checks, account statements, and other papers containing credit or debit card numbers including, but not limited to at least the following card numbers (identified by the initials of the account holder and the last four digits of the card number):

| | | | | |
|---|---|---|---|---|
| A.B. / 0144 | A.B. / 2164 | A.B. / 3169 | A.D. / 5432 | A.D. / 8763 |
| A.M. / 6002 | A.M. / 7169 | A.P. / 1604 | A.P. / 4988 | A.P. / 5177 |
| B.A. / 4003 | B.B. / 8426 | B.C. / 6479 | B.P. / 0651 | B.S. / 1837 |
| B.S. / 3620 | C.D. / 1023 | C.L. / 8995 | C.S. / 4548 | D.F. / 4839 |
| D.H. / 4773 | E.A. / 9096 | E.T. / 5307 | E.V. / 8246 | F.C. / 9317 |
| F.O. / 0033 | G.F. / 4821 | I.F. / 6458 | J.D. / 6688 | J.F. / 4291 |
| J.H. / 6724 | J.R. / 1502 | J.R. / 5667 | J.W. / 3008 | K.H. / 1960 |
| K.K. / 6152 | K.M. / 7363 | L.A. / 7722 | L.W. / 2222 | L.W. / 4120 |
| M.A. / 1790 | M.B. / 5482 | M.G. / 2541 | M.K. / 6887 | N.F. / 2040 |
| N.K. / 2278 | N.L. / 8466 | N.P. / 4400 | P.I. / 9279 | R.K. / 3555 |
| S.B. / 7442 | S.H. / 3001 | S.M. / 7508 | S.O. / 2578 | S.O. / 7205 |
| S.O. / 8360 | S.P. / 9083 | S.S. / 7165 | S.T. / 1964 | S.W. / 1871 |
| T.A. / 2110 | T.A. / 1572 | T.G. / 5089 | T.S. / 5031 | V.C. / 8789 |
| Z.W. / 8958 | | | | |

c)　　any and all notebooks, checks, account statements, and other papers containing bank account numbers including, but not limited to at least the following account numbers (identified by the bank and last four digits of the account numbers):

1.　　1st Bank account ending in 3278;

2.　　America First Credit Union account ending in 3199;

3.　　BancFirst account ending in 2448;

4.　　Bancorp account ending in 0231;

5.　　Bank of America accounts ending in 0077, 0243, 0455, 0931, 1031, 1054, 1072, 1189 1624, 2194, 2194, 2234, 2273, 2478, 2662, 2723,

/ / /

4

2797, 2874, 2952, 3084, 3308, 5296, 5466, 6283, 6599, 6611, 6625, 6637, 7687, 8386, 8399, 8481, 8494, 8663, 9565, 9817, 9980;

6. Bank of Nevada accounts ending in 0674 and 1802;

7. Boulder Dam Credit Union account ending in 4007;

8. Central Bank account ending in 8477;

9. Chase Bank accounts ending in 0055, 0238, 0621, 0692, 0809, 0863, 2239, 2645, 3013, 3020, 3392, 3442, 6339, 7251, 7277, 7609, 8555, and 8855;

10. Citibank accounts ending in 6919, 7816, and 4955;

11. Clark County Credit Union accounts ending in 1592, 2175, 2527, and 8256;

12. Comerica Bank accounts ending in 8912 and 5212;

13. Community Bank account ending in 6556;

14. Discover Bank account ending in 8846;

15. Eastern Bank account ending in 6451;

16. Fifth Third Bank account ending in 6420;

17. Financial Horizons Credit Union account ending in 5009;

18. First Niagara Bank account ending in 6257;

19. In Touch Credit Union accounts ending in 0036 and 8172;

20. Meadows Bank account ending in 8817;

21. Navy Federal Credit Union accounts ending in 2068, 2509, 2756, 4922, 8980, 9004, 9004, 9096, 9462, and 9920;

22. Nevada State Bank accounts ending in 5315 and 8325;

23. New York Mellon Bank account ending in 2883;

24. North Shore Bank account ending in 0707;

25. Northern Trust Bank account ending in 0003;

26. One Nevada Credit Union accounts ending in 2997, 3692, and 4966;

5

27. PNC Bank account ending in 2265;

28. River Cities Bank account ending in 6321;

29. Schools First Credit Union account ending in 5717;

30. St. Charles Bank account ending in 8768;

31. Trust One Financial account ending in 0216;

32. UMB Bank account ending in 1478;

33. Union Bank account ending in 1483;

34. US Bank accounts ending in 0067, 1433, 1517, 2273, 3953, 4269, 5247, 5313, 6138, 6903, 8023, 8308, and 9821;

35. USAA Federal Savings Bank accounts ending in 0592, 5735, and 6668;

36. Washington Mutual Bank account ending in 3479;

37. Wells Fargo Bank account ending in 0421, 0556, 0583, 0891, 0904, 1079, 1199, 1324, 1511, 2230, 2555, 2661, 2951, 3175, 3183, 3253, 3824, 3901, 4077, 4142, 4404, 4760, 5080, 5130, 5231, 5411, 5477, 5511, 5554, 5727 , 6006, 6407, 7031, 7123, 7143, 7250, 7347, 7367, 7401, 8115, 8256, 8510, 8945, 9143, 9420, 9829, and 9898;

38. Wintrust Bank accounts ending in 0361, 0395, 2246, 3742, 5118, 5133, 6734, 6803, 6899, and 9244; and

iii. any and all stolen mail including, but not limited to at least 2,300 pieces of mail (all of which constitutes property); and

that the United States recover from Jocelyn Caprice Pineda the in personam criminal forfeiture money judgment of $6,500, and that the property will not be applied toward the payment of the money judgment; and

the forfeiture of the money judgment and the property is imposed pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1029(c)(1)(C) and (c)(2); 21

/ / /

6

U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED _____January 15__, 2019.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

A copy of the foregoing was served upon counsel of record via Electronic Filing on DATE, 2019:

/s/ *Heidi L. Skillin*
HEIDI L. SKILLIN
FSA Contractor Paralegal